**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UMANO MEDICAL, INC.,** | : | **CIVIL ACTION** |
|     **Plaintiff/Counterclaim** | : | **No. 18-4338** |
|     **Defendant/Third-Party Plaintiff,** | : | |
| | : | |
|     **v.** | : | |
| | : | |
| **DISORB SYSTEMS, INC.,** | : | |
|     **Defendant/Counterclaim Plaintiff,** | : | |
| | : | |
|     **v.** | : | |
| | : | |
| **SPAN-AMERICA MEDICAL SYSTEMS,** | : | |
| **INC.,** | : | |
|     **Third-Party Defendant.** | | |

## <u>ORDER</u>

This 15th day of May, 2020, upon review of Umano's Amended Third-Party Complaint

(ECF 41), Span's Motion to Dismiss (ECF 50), Umano's Response in Opposition (ECF 56),

Span's Reply (ECF 58), and the parties' supplemental briefsa (ECFs 62 and 63) pursuant to this

Court's March 5, 2020, Order (ECF 61), it is hereby **ORDERED** that Span's Motion to Dismiss

is **GRANTED** in part and **DENIED** in part as follows:

1.    As to Count I of Umano's Complaint, alleging breach of contract, Span's Motion is **DENIED.**

2.    As to Count II of Umano's Complaint, alleging tortious interference with contractual relations, Span's Motion is **GRANTED** and Count II is hereby dismissed **WITH PREJUDICE.**

<u>s/ Gerald Austin McHugh</u>
United States District Judge